UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK CARTER | CIVIL ACTION |
| VERSUS | NO. 11-2733 |
| ROBERT TANNER, ET AL. | SECTION "N" (3) |

## O R D E R AND REASONS

Before the Court is Plaintiff's Ex Parte/Consent Motion for Appeal/Review of Magistrate Judge Decision (Rec. Doc. 11),

**IT IS ORDERED** that the motion is **DENIED AS MOOT**. Plaintiff appeals the Magistrate Judge's denial of his request for preliminary injunction to correct alleged Eighth Amendment violations related to the conditions of his confinement in Extended Lockdown Level 2 at B.B. "Sixty" Rayburn Correctional Center. Plaintiff has been transferred out of Extended Lockdown Level 2 at the facility, as stated in Defendant's Surreply to Plaintiff's Motion for Appeal/Review of Magistrate Judge Decision. As such, Plaintiff's request for a preliminary injunction relating to the conditions of confinement in Extended Lockdown Level 2 has been rendered moot. *See Edwards v. Johnson*, 209 F.3d 772, 776 (5th Cir. 2000) (*citing Hernandez v. W.L. Garrison*, 916 F.2d 291, 293 (5th Cir. 1990)).

New Orleans, Louisiana, this 21st day of May, 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**